**Fill in this information to identify your case:**

Debtor 1       **Edward Lynn Dixon**
               First Name        Middle Name        Last Name

Debtor 2       **Patricia Diane Dixon**
(Spouse if, filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number
(if known)

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7         12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:   List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **CarMax Auto Finance**<br><br>Description of property securing debt: **2011 Toyota Camry 78,000 miles VIN No. 4T4BF3EK1BR128442** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>■ Retain the property and [explain]:<br>    **Debtors will continue to make payments** | ☐ No<br><br>■ Yes |
| Creditor's name: **Loan Depot**<br><br>Description of property securing debt: **2906 Pearson Avenue Maryville, TN 37804  Blount County** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

**Part 2:   List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

| Debtor 1 | **Edward Lynn Dixon** | | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | **Patricia Diane Dixon** | | | |

| Lessor's name: | **AT&T** | ☐ No |
|---|---|---|
| | | ■ Yes |

| Description of leased Property: | **Cell phone contract** |
|---|---|

| Lessor's name: | **DirectTV** | ☐ No |
|---|---|---|
| | | ■ Yes |

| Description of leased Property: | **Satellite TV contract** |
|---|---|

## Part 3:    Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

| X | **/s/ Edward Lynn Dixon** | X | **/s/ Patricia Diane Dixon** |
|---|---|---|---|
| | **Edward Lynn Dixon** | | **Patricia Diane Dixon** |
| | Signature of Debtor 1 | | Signature of Debtor 2 |
| Date | **January 22, 2019** | Date | **January 22, 2019** |

# IN THE UNITED STATES BANKRUPTCY COURT
## Eastern District of Tennessee

| | |
|---|---|
| IN RE: | * CASE NO.: |
| | * |
| **Edward Lynn Dixon,** | * |
| and | * CHAPTER: **7** |
| **Patricia Diane Dixon,** | * |
| **FKA Patricia Diane Nichols,** | * |
| Debtors | * |

## **CERTIFICATE OF SERVICE**

I certify that on this day, I served the following parties with a copy of the "Debtors' Statement of Intentions", by electronic case filing and/or by placing true copies of the same in the United States Mail with adequate postage affixed to insure delivery addressed to::

| | | |
|---|---|---|
| U.S. Trustee's Office<br>Howard H. Baker, Jr., U.S. Courthouse<br>800 Market Street Ste 114<br>Knoxville, TN 37902 | Edward & Patricia Dixon<br>2906 Pearson Avenue<br>Maryville, TN 37804 | AT&T<br>PO Box 5093<br>Carol Stream IL  60197-5093 |
| CarMax Auto Finance<br>224 Chastain Meadows Court<br>Kennesaw GA  30144-5841 | DirectTV<br>PO Box 6550<br>Englewood CO  80155 | Loan Depot<br>26642 Towne Center<br>Foothill Ranch CA  92610 |

Dated: 1/22/2019

 /s/ Zachary S. Burroughs 025896
 /s/ Rachel S. Wallace 036554
Zachary S. Burroughs 025896,
Rachel S. Wallace 036554,
Attorneys for Debtors
Clark & Washington, L.L.C.
408 S. Northshore Drive
Knoxville, TN 37919
865-281-8084